EL PUEBLO DE PUERTO RICO, recurrido, *v.* JOSÉ NEGRÓN CANDELARIA y OTROS, peticionarios.

*Número:* O-81-668      *Resuelto:* 26 de enero de 1982

*Juan Maldonado Torres* y *César E. Cerezo Torres*, abogados de los peticionarios; *Héctor A. Colón Cruz, Procurador General,* y *Federico Cedó Alzamora, Procurador General Auxiliar,* abogados del recurrido.

PER CURIAM: El 21 de octubre de 1981 el Tribunal Superior desestimó una apelación proveniente del Tribunal de Distrito por no haberse cancelado por los apelantes, aquí peticionarios, sellos de apelación.

Los peticionarios recurrieron a este foro y el 17 de diciembre de 1981 dictamos orden de mostrar causa por la cual no debía revocarse la resolución del Tribunal Superior.

Hemos examinado el escrito para mostrar causa y no nos persuade. Es cierto que este Tribunal ha resuelto consistentemente que un escrito sin los sellos correspondientes es ineficaz. *Maldonado* v. *Pichardo,* 104 D.P.R. 778 (1976); *Nazario* v. *Santos, Juez Municipal,* 27 D.P.R. 89 (1919); *González* v. *Jiménez,* 70 D.P.R. 165 (1949); *Vázquez* v. *Rivera,* 69 D.P.R. 947 (1949); *Piñas* v. *Corte Municipal,* 61 D.P.R. 181 (1942). Los casos citados, sin embargo, son todos casos civiles y se basan en la Ley Núm. 17 de 11 de marzo de 1915, según enmendada, 32 L.P.R.A. sec. 1476. Tal disposición no se refiere, en forma alguna, a los casos criminales, para los cuales no existe una disposición equivalente.

*Se revoca en consecuencia la resolución recurrida.*